**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CALLIDUS CAPITAL CORP.,

    Plaintiff,

v.                                                 Case No. 15-10616

HARVEY INDUSTRIES, LLC, et al.,

    Defendant.
                                        /

**ORDER DENYING MOTION TO INTERVENE**

On April 24, 2015, the court conducted a hearing on Foley & Lardner's Motion to Intervene. For the reasons stated fully on the record,

IT IS ORDERED that the Motion to Intervene (Dkt. # 20) is DENIED.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2015, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522