UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALLIDUS CAPITAL CORPORATION,

    Plaintiff,

v.

    Case No. 2:15-cv-10616
    Hon. Robert H. Cleland
    Mag. Judge Elizabeth A. Stafford

HARVEY INDUSTRIES LLC, et al.,

    Defendants.

---

### STIPULATION FOR ENTRY OF ORDER TERMINATING RECEIVERSHIP, DISCHARGING RECEIVER, AND FOR OTHER RELIEF

By the signatures of their counsel below, Callidus Capital Corporation, the Plaintiff herein, Harvey Industries LLC and Harvey Property Management LLC, the Defendants herein, stipulate to the entry of the Order Terminating Receivership, Discharging Receiver, and For Other Relief, attached hereto as Exhibit "A."

**Stipulated and Agreed:**

| CALLIDUS CAPITAL CORPORATION | HARVEY INDUSTRIES LLC AND HARVEY PROPERTY MANAGEMENT LLC |
|---|---|
| By:  /s/ Matthew Hammer  (w/consent) | By: /s/ Joseph Fischer (w/consent) |
| Michael C. Hammer (P41705) | Joseph M. Fischer (P13452) |
| Doron Yitzchaki (P72044) | Carson Fischer, P.L.C. |
| Dickinson Wright PLLC | 4111 Andover Road West, Second Floor |
| 350 S. Main Street, Suite 300 | Bloomfield Hills, MI  48302-1924 |
| Ann Arbor, MI  48104 | 248-644-4840 |
| 734-623-7075 | jfischer@carsonfischer.com |
| mchammer2@dickinsonwright.com | |

1

| | |
|---|---|
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**STEVEN R. WYBO**

By: /s/ Matthew E. Wilkins
Matthew E. Wilkins  (P56697)
Daniel N. Sharkey (P53837)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI   48009
(248) 971-1711
wilkins@bwst-law.com
sharkey@bwst-law.com

*Attorneys for Receiver*

Dated: March 17, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALLIDUS CAPITAL CORPORATION,

    Plaintiff,

v.

                              Case No. 2:15-cv-10616
                              Hon. Robert H. Cleland
                              Mag. Judge Elizabeth A. Stafford

HARVEY INDUSTRIES LLC, et al.,

    Defendants.

---

**ORDER TERMINATING RECEIVERSHIP
AND DISCHARGING RECEIVER**

Steven R. Wybo, the appointed Receiver herein (the "Receiver") has filed the Receiver's Motion for Order Terminating Receivership, Discharging Receiver, and for Other Relief (the "Motion").[1] Having read and considered the Motion, any timely filed objections, and other relevant pleadings in this action, the Court finds that good cause exists for the granting of the relief requested in the Motion. Accordingly, the Motion is granted, and it is ORDERED THAT:

    A.    The receivership over Defendants Harvey Industries LLC and Harvey Property Management is terminated.

    B.    The Receiver and all professionals employed by him are discharged of their duties and are released from all claims and causes of action of any kind and

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

nature arising from or relating to their duties and services rendered in this receivership.

C. All persons and entities which may have held, or which currently hold, claims against the Defendants and/or the assets of Defendants are forever barred, estopped and permanently enjoined from asserting, prosecuting or otherwise pursuing such claims (i) against the Receiver, the Receivership Estate and the Purchasers, and (ii) against the assets of the Receiver, the Receivership Estate and the Purchasers.

D. This Court shall retain jurisdiction over any and all matters relating to the receivership.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 29, 2016, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522